STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DEBORAH E. BARACK (State Bar No. 207493)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com, dbarack@stroock.com

J S - 6

Attorneys for Defendant
  FEDERAL DEPOSIT INSURANCE
  CORPORATION, as Receiver for
  WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DERECK and APRIL BLACKMAN, | Case No. 8:08-CV-00201-R-SH |
| Plaintiffs, | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| v. | |
| WASHINGTON MUTUAL BANK, INC., NL FINANCIAL, INC., and DOES 1 through 20, inclusive, | |
| Defendants. | |

1   The Court held a Further Mandatory Status Conference on October 6, 2009. April Blackman, Esq. appeared on behalf of plaintiffs Dereck Blackman and April Blackman (together "Plaintiffs") and Deborah Barack, Esq. of Stroock & Stroock & Lavan LLP appeared on behalf of defendant Federal Deposit Insurance Corporation, in its capacity as Receiver for Washington Mutual Bank ("FDIC").

The Court questioned counsel regarding the status of this matter.  The Court finds that Plaintiffs failed timely to request administrative review of the FDIC's denial of their claim or to continue this action following the FDIC's denial of their claim pursuant to 12 U.S.C. § 1821(d)(6)(A).  Accordingly, the FDIC's denial of Plaintiffs' claim shall be deemed final, and Plaintiffs shall have no further rights or remedies with respect to such claim.  12 U.S.C. § 1821(d)(6)(B).

IT IS HEREBY ORDERED that the action is dismissed.

DATED: ___October 20, 2009___   _____
                                Honorable Manuel L. Real
                                U.S. District Court Judge

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK

By:   /s/ Deborah E. Barack
          Deborah E. Barack

Attorneys for Defendant
   FEDERAL DEPOSIT INSURANCE
   CORPORATION, as Receiver for
   WASHINGTON MUTUAL BANK

- 1 -
[PROPOSED] ORDER DISMISSING ACTION FOR LACK OF PROSECUTION
LA 51194048

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On October 13, 2009, I served the foregoing document(s) described as: **[PROPOSED] ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** on the interested parties in this action as follows:

Martin D. Gross, Esq.
LAW OFFICES OF MARTIN D. GROSS
2001 Wilshire Blvd., Suite 300
Santa Monica, CA 90403

☐ **(VIA PERSONAL SERVICE** By causing the document(s), in a sealed envelope, to be delivered to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☒ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on October 13, 2009, at Los Angeles, California.

Maria Torres
[Type or Print Name]                                   [Signature]